176 A.3d 211

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SAMMY MOORE, DEFENDANT–PETITIONER.

C–382 September Term 2017
080049

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003682–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 211

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ERIC LUNSFORD, DEFENDANT–PETITIONER.

C–376 September Term 2017
079534

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003991–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.